# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 19-08177-AB (Ex) | Date: | January 17, 2020 |
|---|---|---|---|

| Title: | Ramin M. Roohipour, M.D., Inc. v. ILWU-PMA Welfare Plan et al |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Sara Louise Escalante | Andrew Joseph Palma |
| Alyssa Milman White | Joseph A Escarez |

**Proceedings:** 1) PLAINTIFF'S MOTION FOR REMAND [12];
2) DEFENDANT ILWU-PMA WELFARE PLAN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [14]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.